# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 4:03cr70134-3 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| RODNEY WILSON, | ) | By: Norman K. Moon |
|     Petitioner. | ) | United States District Judge |

In accordance with this court's memorandum opinion entered this day, it is **ORDERED** and **ADJUDGED** that Wilson's motion (Docket No. 530) is **CONSTRUED** as a motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, and the Clerk is directed to **FILE** the motion as such; the § 2255 motion is **DISMISSED without prejudice** as successive; his request for appointment of counsel is **DENIED**; and the case is **STRICKEN** from the active docket.

Further, I find that Wilson has not made the requisite showing of the substantial denial of a constitutional right as required by 28 U.S.C. § 2253(c) and, therefore, a certificate of appealability is **DENIED**.

**ENTER**: This 20th day of November, 2013.

                                                        /s/ Norman K. Moon
                                                        NORMAN K. MOON
                                                        UNITED STATES DISTRICT JUDGE